# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James M Corona, III,<br><br>        Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>        Defendant. | **NO. CV-22-00439-PHX-JJT (MHB)**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 31, 2022, Petitioner's Petition for Writ of Mandamus is denied. Petitioner to take nothing and this action is hereby dismissed.

                                                                            Debra D. Lucas
                                                                            District Court Executive/Clerk of Court

March 31, 2022

                                                                      s/ D. Draper
                                                            By   Deputy Clerk